**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


United States of America

    v.                                    Criminal No. 06-cr-156-01-PB

Rose Cote

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Ms. Cote called the individual she believed was the confidential informant ("CI") and threatened her.  She also admitted to the crack cocaine sale.  All of this is recorded.  I find probable cause to believe a crime has been committed by defendant while on release.  There are no conditions which will assure the safety of the CI.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an

attorney for the government, the person in charge of the

corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection

with a court proceeding.

     **SO ORDERED.**

                                    James R. Muirhead
                                    United States Magistrate Judge

Date: January 12, 2007

cc:   Helen Fitzgibbon, Esq.
      Tony Soltani, Esq.
      R. Brian Snow, Esq.
      U.S. Marshal
      U.S. Probation