**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

   **v.**                                       Case No. 06-cr-156-02-PB

**Rose Cote and Troy Cote**

**O R D E R**

Defendants have each moved, through counsel, to continue the May 1, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to June 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The April 17, 2007 final pretrial conference is continued to May 24, 2007 at 4:00 p.m.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

April 17, 2007

cc:  R. Brian Snow, Esq.
     Tony Soltani, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal